MONRO-KING & GREMMELS REALTY CORPORATION v. 9 AVENUE-31 STREET CORPORATION and Others, Impleaded with SEARS, ROEBUCK AND COMPANY. SAMUEL LAX, Receiver.— Motion granted on condition that appellant procure

a surety company bond to be filed in a sum sufficient to pay the reasonable value of its occupation for every day it remains on the property until October 20, 1931, and provided the appeal be brought on for argument on the 9th day of October, 1931. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.